UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 13690
JOHN W YOUNG
DARLA P YHOST                                   CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
SSN XXX-XX-0229     SSN XXX-XX-4912

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/24/06 and confirmed on 02/08/07.

   2.  The case was dismissed after confirmation, 11/15/2007.

   3.  The Debtor paid a total of $  13358.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| REGIONS MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| LASALLE BANK NA | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 23709.63 | 647.22 | 10388.93 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9026.59 | .00 | .00 |
| BEACON HILL DENTAL CARE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 8338.90 | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 2255.30 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 8972.31 | .00 | .00 |
| SOUTHEASTERN ASSET RECOV | UNSECURED | 2595.90 | .00 | .00 |
| SOUTHEASTERN ASSET RECOV | UNSECURED | 1308.80 | .00 | .00 |
| B LINE LLC | UNSECURED | 4602.31 | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1404.91 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2571.59 | .00 | .00 |
| KOHLS | UNSECURED | 506.17 | .00 | .00 |
| FEDERATED MACYS | UNSECURED | 441.96 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2031.28 | .00 | .00 |
| MIRAMAR FED CU | UNSECURED | 7706.32 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MONOGRAM BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3973.07 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 648.25 | .00 | .00 |
| UNION BANK OF CALIFORNIA | UNSECURED | 390.03 | .00 | .00 |
| VON MAUR | UNSECURED | 224.34 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 2836.35 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1288.98 | .00 | .00 |

```
DISCOVER BANK             UNSECURED      8146.57            .00            .00
CAPITAL ONE BANK          UNSECURED      1793.26            .00            .00
CAPITAL ONE BANK          UNSECURED       660.54            .00            .00
CAPITAL ONE BANK          UNSECURED       602.49            .00            .00
CAPITAL ONE BANK          UNSECURED       721.40            .00            .00
VON MAUR                  UNSECURED       175.42            .00            .00
MIRAMAR FED CU            UNSECURED      2925.28            .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED       289.71            .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED       471.11            .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED       481.28            .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED      9441.38            .00            .00
```
          Summary of disbursements:

------------------------------------------------------------------------------

|                  | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL     |
|------------------|-----------|----------|-----------|-------|-----------|
| TOTAL CLMS ALLOWED | 23709.63 | .00      | 86831.80  | .00   | 110541.43 |
| PRINCIPAL PAID   | 10388.93  | .00      | .00       | .00   | 10388.93  |
| INTEREST PAID    | 647.22    | .00      | .00       | .00   | 647.22    |
| TOTAL PAID       | 11036.15  | .00      | .00       | .00   | 11036.15  |

The Debtor's attorney, JAMES A YOUNG & ASSOC        , was allowed $   2500.00
and was paid $    750.00  direct and $   1750.00  through the plan.

The Trustee received $     571.85 .

Refunds to the Debtor totaled $        .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 02/11/08                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE